Schwartz v Schwartz (2025 NY Slip Op 05441)

Schwartz v Schwartz

2025 NY Slip Op 05441

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ. (Filed Oct. 3, 2025.) 

MOTION NOS. (333-335/25) CA 24-00996, CA 24-01502 AND CA 24-01241

[*1]MELINDA SCHWARTZ, PLAINTIFF-RESPONDENT, 
v
DANIEL A. SCHWARTZ, DEFENDANT-APPELLANT. (APPEAL NO. 1.) — MELINDA SCHWARTZ, PLAINTIFF-RESPONDENT, DANIEL A. SCHWARTZ, DEFENDANT-APPELLANT. (APPEAL NO. 2.) MELINDA SCHWARTZ, PLAINTIFF-RESPONDENT, DANIEL A. SCHWARTZ, DEFENDANT-APPELLANT. (APPEAL NO. 3.)

MEMORANDUM AND ORDER
Motions for reargument or in the alternative leave to appeal to the Court of Appeals denied.